UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| PATRICIA PARKER | CIVIL ACTION NO. 21-cv-3327 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| PETSMART, LLC, ET AL. | MAGISTRATE JUDGE HORNSBY |

**ORDER**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that Plaintiff's Motion to Remand (Doc. 7) is denied. It is further ordered that all claims against Kenneth Pierson are dismissed without prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 27th day of April, 2022.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE