UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| PATRICIA PARKER | CIVIL ACTION NO. 21-cv-3327 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| PETSMART, LLC, ET AL | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein [Record Document 40], and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's motion for leave to file amended complaint [Record Document 28] is **GRANTED**. This civil action is **REMANDED** to the First Judicial District Court, Caddo Parish, where it was pending as case number 630,374.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the ___ day of November, 2022.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE